UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

October 02, 2024

Michelle Renee Lamb
Topeka Correctional Facility
815 Southeast Rice Road
Topeka, KS 66607
#128322

**RE:** 24-3150, Lamb v. Kelly, et al
Dist/Ag docket: 5:23-CV-03239-JWL

To All Parties and Counsel:

This court has received and docketed an appeal in the above-referenced case, and the appeal number is listed above. Please note the following requirements for this appeal:

### Preliminary Documents (All Parties)

**Entry of Appearance and Certificate of Interested Parties.** All parties are required to file an entry of appearance and certificate of interested parties. 10th Cir. R. 46.1(A) and (D). Pro se individuals must file the enclosed form **within 30 days** of the date of this letter. Counselled parties must file the form **within 14 days** of the date of this letter. Attorneys who do not enter an appearance within the specified time will be removed from the service list.

In addition to an entry of appearance, appellees who do not intend to participate in the appeal must promptly file a notice of non-participation and state whether they wish to continue receiving notice of the court's orders.

**Rule 26 Disclosure Statement.** All entities represented by counsel are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement **within 14 days** of the date of this letter. *See* 10th Cir. R. 26.1(A). Pro se individuals need not file a disclosure statement.

A separate fee of $605.00 ($5.00 filing fee and $600.00 docket fee) is due for every appeal initiated to the court of appeals. Under the Prison Litigation Reform Act, prisoners must pay the full amount of the filing fee. See 28 U.S.C. § 1915(b)(1). The court must assess, and direct the warden to collect, partial payments of the filing fee. There are other requirements for prisoners under the Act. They include providing a certified copy of your

prisoner trust fund statement for the preceding six months and consenting to the collection of funds from your prisoner account.

**Please note, failure to timely pay the filing fee or file a motion for leave to proceed without prepayment of the filing fee by the deadline set by this court may result in the dismissal of this appeal without further notice.** See **Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).**

### Prison Mailbox Rule

Prisoners are reminded that to invoke the prison mailbox rule they must include with each pleading a declaration in compliance with 28 U.S.C. § 1746 or a notarized statement, either of which must set forth the date of deposit with prison officials and must also state that first-class postage has been prepaid. See Fed. R. App. P. 25(a)(2)(A)(iii).

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/at